[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14185
Non-Argument Calendar
_____

D.C. Docket No. 3:94-cr-03067-RV-mcr-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORLANDO ROMERO CONTRERAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(May 7, 2013)

Before HULL, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Orlando Romero Contreras appeals the denial of his motion for a further reduction of his sentence. 18 U.S.C. § 3582(c)(2). The district court sentenced Contreras to concurrent terms of 408 months of imprisonment for conspiring to possess and for possessing with intent to distribute cocaine and cocaine base. 21 U.S.C. §§ 841(a)(1), 841(b)(1), 846. Later, the district court reduced Contreras's sentences to concurrent terms of 293 months of imprisonment. Contreras sought a further reduction based on a fast-track program established by the Department of Justice. We affirm.

The district court did not err. A district court may sometimes reduce a sentence of imprisonment when it was based on a guidelines range that has since been lowered, United States Sentencing Guidelines Manual § 1B1.10(1)(1)–(2), (c), but Contreras cannot obtain a reduction of his sentence based on a program created by the Department of Justice.

We **AFFIRM** the denial of Contreras's motion to reduce his sentence.

2